ANNA FISHER, as Administratrix of the Estate of ALBERT FISHER, Deceased, Appellant, *v.* NEW YORK GOOD HUMOR, INC., Respondent.

Submitted June 7, 1943; decided June 18, 1943.

*Joseph A. Minch* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.